UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-60290
Summary Calendar
_____

JULIO ALEJANDRO MUNOZ-TORRES,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

_____

Petition for Review of an Order
of the Board of Immigration Appeals
(BIA No. A34-142-575)
_____
January 14, 1998
Before WIENER, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Julio Alejandro Munoz-Torres was convicted for an offense
relating to a controlled substance and conceded deportability on
that basis. He petitions, however, for review of the Board of
Immigration Appeals decision rejecting his appeal from an order of
deportation.

As conceded by petitioner, this court lacks jurisdiction to
review that decision. *See* ***Okoro v. INS***, 125 F.3d 920, 924 (5th

_____

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

Cir. 1997); 8 U.S.C. § 1252(a)(2)(C).  (Therefore, the Government's motion to supplement the record is **DENIED** as unnecessary.)

*PETITION DISMISSED*